JS-6
LINK: 5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 13-03422 BRO (JCGx) | Date | July 3, 2013 |
|---|---|---|---|
| Title | Yosi Dahan v. Ocwen Loan Servicing LLC et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

### ORDER RE REMAND

This action was removed to this court on by defendant Ocwen Loan Servicing, LLC., on May 13, 2013 docket entry [1].

On June 26, 2013, plaintiff filed a Dismissal as to the Federal Claims and a request to Remand for Lack of Subject Matter Jurisdiction [8].   The Court GRANTS this request and remands this matter to the Los Angeles Superior Court.

The Motion to Dismiss set for July 18, 2013 is VACATED.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |